### SCOTT *v.* JORDAN & RODGERS.

PER CURIAM.    This case having come on for a hearing before a full bench of six Justices, who are evenly divided in opinion (Chief Justice Fish and Justices Lumpkin and Atkinson being of opinion that the judgment should be reversed, and Presiding Justice Evans and Justices Beck and Holden being of opinion that it should be affirmed), the judgment of the court below stands affirmed by operation of law.

Submitted January 16,  Decided March 11, 1909.

Foreclosure of mortgage.    Before Judge Seabrook.    Liberty superior court.    February 27, 1908.

*Ben A. Way,* for plaintiff in error.    *L. L. Thomas,* contra.